UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MELANIE OSUCH, | : | |
| *Plaintiff*, | : | NO. 3:12CV468 (MRK) |
| v. | : | |
| SOUTHWEST CREDIT SYSTEMS, LP | : | |
| *Defendant*. | : | |

## JUDGMENT

This action came on for consideration on plaintiff's Complaint filed on March 27, 2012, before the Honorable Mark R. Kravitz, United States District Judge. On July 2, 2012, the plaintiff filed a Notice of Acceptance with an Offer of Judgment pursuant to rule 68 of the Federal Rules of Civil Procedure. Plaintiff accepted the defendant's rule 68 Offer of Judgment in the amount of $1001.00 inclusive of all claims for damages, compensatory, statutory or otherwise plus costs and reasonable attorney's fees accrued to the date of the offer.

It is therefore ORDERED and ADJUDGED that the Complaint is dismissed pursuant to rule 68 Offer of Judgment the amount of $1001.00 inclusive of all claims for damages, compensatory, statutory or otherwise plus costs and reasonable attorney's fees accrued to the date of the offer.

Dated at New Haven, Connecticut, this 3rd day of July, 2012.

ROBIN D. TABORA, CLERK

By  /s/ Kenneth R. Ghilardi
      Kenneth R. Ghilardi
      Deputy Clerk

EOD:  7/3/2012